IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACKORY H. RINGER,<br><br>            Plaintiff,<br><br>vs.<br><br>NEBRASKA, KANSAS & COLORADO RAILWAY, LLC, et al.,<br><br>            Defendants. | 4:20-CV-3056<br><br>JUDGMENT |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (filing 43), this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

Dated this 7th day of December, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge